Case 1:21-cv-06095-CBA-TAM   Document 14   Filed 01/31/22   Page 1 of 1 PageID #: 130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HEALTH & WELFARE FUND OF THE UNITED
FOOD & COMMERCIAL WORKERS LOCAL 2013,
AFL-CIO BY ITS TRUSTEES LOUIS MARK
CAROTENUTO and STANLEY FLEISHMAN,

         Plaintiff,

-against-

BELLE HARBOR HOME OF THE SAGES, INC.
d/b/a BELLE HARBOR MANOR,

         Defendant.

-----------------------------------------------------------X

Clerk's Office
Filed Date: 1/31/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**NOTICE & ORDER OF**
**VOLUNTARY DISMISSAL**

CV-21-6095 (CBA) (TAM)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff HEALTH & WELFARE FUND OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by its counsel, BRADY McGUIRE & STEINBERG, P.C., hereby gives notice that the above-captioned matter is voluntarily dismissed as against Defendant BELLE HARBOR HOME OF THE SAGES, INC. d/b/a BELLE HARBOR MANOR.

Dated: Tarrytown, New York
    January 31, 2022

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

By: /s/ James M. Steinberg

James M. Steinberg, Esq.
Attorneys for Plaintiff
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293
james@bradymcguiresteinberg.com

To: Belle Harbor Manor
   209 Beach 125th Street
   Rockaway Park, New York 11694

**SO ORDERED:**

s/Carol Bagley Amon

The Honorable Carol Bagley Amon
United States District Judge

1/31/22

Case 1:21-cv-06095-CBA-TAM   Document 14-1   Filed 01/31/22   Page 1 of 1 PageID #: 131

# BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW

303 SOUTH BROADWAY

SUITE 234

TARRYTOWN, NEW YORK 10591

TELEPHONE (914) 478-4293

FACSIMILE (914) 478-4142

WWW.BRADYMCGUIRESTEINBERG.COM

MATTHEW G. McGUIRE
**PARTNER**

JAMES M. STEINBERG
**PARTNER**

BEVERLY G. ROSELL
**LEGAL ASSISTANT**

ROBERT D. BRADY
**RETIRED**

PATRICK McHUGH
**OF COUNSEL**

PETER T. SHERIDAN
**OF COUNSEL**

**CONNECTICUT OFFICE**
TELEPHONE (203) 403-2217

Direct EMAIL james@bradymcguiresteinberg.com

January 31, 2022

Via ECF Filing Only

The Honorable Carol Bagley Amon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Health & Welfare Fund of the United Food & Commercial Workers Local 2013, AFL-CIO v. Belle Harbor Home of the Sages, Inc. d/b/a Belle Harbor Manor
Civil Case No. CV-21-6095 (CBA) (TAM)

Dear Judge Bagley Amon:

Our office represents Plaintiff Health & Welfare Fund of the United Food & Commercial Workers Local 2013, AFL-CIO in connection with the above-captioned matter. As a result of Defendant failing to answer the Complaint, a motion for a default judgment was filed on January 17, 2022 and referred to Magistrate Judge Taryn A. Merkl for a report and recommendation on January 18, 2022. After being served with the motion papers, this office was contacted by a corporate representative from Defendant who coordinated payment of the underlying fringe benefit deficiency along with other agreed upon components of the monetary damages sought by the motion. As a result of this payment, the matter has been amicably resolved. Accordingly, Plaintiff respectfully withdraws its motion for a default judgment and requests that the submitted Notice of Voluntary Dismissal be so ordered. Thank you for your attention to this matter.

Respectfully submitted,

/s/ James M. Steinberg

James M. Steinberg, Esq.

Enc.

Cc: Belle Harbor Manor
    Ms. Jacqueline Dowling